# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159592(75)(88)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WILLIAM MARK REIDENBACH,
            Plaintiff-Appellee,

v

CITY OF KALAMAZOO,
            Defendant-Appellant.
_____/

SC: 159592
COA: 340863
MCAC: 14-000044

On order of the Chief Justice, the separate motions of the Ford Motor Company and the Michigan Self-Insurers' Association to file briefs amicus curiae are GRANTED. The amicus briefs filed by those respective entities on May 24, 2019, and July 2, 2019, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019



Clerk